IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANDREW KATRINECZ and | § | |
| DAVID BYRD, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CAUSE NO. 1:11-cv-56 |
| | § | |
| BEHAVIOR TECH COMPUTER (USA) | § | |
| CORP. and BEHAVIOR TECH | § | |
| COMPUTER CORP. | § | |
|     Defendants. | § | |

## JOINT MOTION TO EXTEND DEADLINE TO FILE ADR REPORT

Plaintiffs Andrew Katrinecz and David Byrd, and Defendants Behavior Tech Computer (USA) Corp., and Behavior Tech Computer Corp., request that the Court enter an order extending the deadline for both parties to file the report on alternative dispute resolution by 45 days. In support, of this motion, the parties would show the Court as follows:

1. The current deadline for parties to file a report on alternative dispute resolution is October 14, 2011.

2. The parties are engaged in settlement discussions and discovery is ongoing.

3. Parties are currently coordinating a date for the deposition of Defendants' corporate representative to confirm and verify matters relevant to the settlement of this case.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants request that this Court extend the deadline to file a report on alternative resolution by 45 days to November 23, 2011.

                                            Respectfully submitted,

                                            TAYLOR, DUNHAM, L.L.P.
                                            301 Congress Ave., Suite 1050
                                            Austin, Texas 78701

512.473.2257 Telephone
512.478.4409 Facsimile

Dated: October 12, 2011

By: /s/ David E. Dunham
David E. Dunham
State Bar No. 06227700
Steven D. Urban
State Bar No. 24028179

**ATTORNEYS FOR PLAINTIFFS**

GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, CA 94583
925.866.1000 (Tel)
925.830.8787 (Fax)

By: /s/ John P. Makin
John P. Makin (*pro hac vice*)
California Bar No. 88853
Yen P. Chau (*pro hac vice*)
California Bar No. 221087

J. Hampton Skelton
Texas Bar No. 18457700
Brandon Gleason
Texas Bar No. 24038679
SKELTON & WOODY
P. O. Box 1609
Austin, Texas 78767
512.651.7000 (Tel)
512.651.7001 (Fax)

**COUNSEL FOR BEHAVIOR TECH COMPUTER (USA) CORP. AND BEHAVIOR TECH COMPUTER CORP.**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served upon Defendants by delivering a true and correct copy on this the 12th day of October, 2011 as follows:

**VIA FACSIMILE and ELECTRONIC MAIL**

| | |
|---|---|
| John P. Makin | J. Hampton Skelton |
| Email: jmakin@gpsllp.com | Email: hskelton@skeltonwoody.com |
| Yen P. Chau | Brandon Gleason |
| Email: ychau@gpsllp.com | Email: bgleason@skeltonwoody.com |
| GREENAN, PEFFER, SALLANDER & LALLY LLP | SKELTON & WOODY |
| 6111 Bollinger Canyon Road, Suite 500 | P. O. Box 1609 |
| San Ramon, CA 94583 | Austin, Texas 78767 |
| 925.830.8787 (Fax) | 512.651.7001 (Fax) |

Counsel for Behavior Tech Computer (USA) Corp.
and Behavior Tech Computer Corp.

_/s/ David E. Dunham_
David E. Dunham