# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| ANDREW KATRINECZ and DAVID BYRD, Plaintiffs, | § § § § | |
| v. | § § | CAUSE NO. 1:11-cv-56 |
| BEHAVIOR TECH COMPUTER (USA) CORP. and BEHAVIOR TECH COMPUTER CORP. Defendants. | § § § § | |

## ORDER ON JOINT MOTION TO EXTEND DEADLINE TO FILE ADR REPORT

On this day, came on to be heard the parties' Joint Motion to Extend Deadline to File ADR Report. Upon consideration of said motion, the Court is of the opinion that the Joint Motion to Extend Deadline to File ADR Report by forty-five (45) days should be in all things GRANTED.

It is therefore ORDERED, DECREED and ADJUDGED that the Joint Motion to Extend Deadline to File ADR Report is GRANTED; a report on alternative resolution in compliance with Local Rule CV-88 shall be filed no later than November 23, 2011.

SIGNED this _____ day of _____, 2011.

_____
**THE HONORABLE LEE YEAKEL**
**UNITED STATES DISTRICT JUDGE**