IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANDREW KATRINECZ and DAVID BYRD, Plaintiffs, | § § § § | |
| v. | § § | CAUSE NO. 1:11-cv-56 |
| BEHAVIOR TECH COMPUTER (USA) CORP. and BEHAVIOR TECH COMPUTER CORP. Defendants. | § § § § | |

**JOINT MOTION TO EXTEND DEADLINE TO DESIGNATE POTENTIAL WITNESSES, TESTIFYING EXPERTS AND PROPOSED EXHIBITS**

Plaintiffs Andrew Katrinecz and David Byrd, and Defendants Behavior Tech Computer (USA) Corp., and Behavior Tech Computer Corp., request that the Court enter an order extending the deadline for both parties to file their respective designations of potential witnesses, testifying experts and proposed exhibits by 45 days. In support, of this motion, the parties would show the Court as follows:

1. Trial in the above-styled litigation is set to occur in October, 2012.

2. Under paragraph 4 of the Scheduling Order (Dkt. No. 22), the deadline for Plaintiffs to file their designations of potential witnesses, testifying experts and proposed exhibits is October 31, 2011; the deadline for Defendants to file their designations of potential witnesses, testifying experts and proposed exhibits is November 30, 2012.

3. The parties are engaged in settlement discussions and discovery is ongoing.

4. Parties are currently coordinating a date for the deposition of Defendants' corporate representative to confirm and verify matters relevant to the settlement of this case.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants request that this Court extend the deadline for each party to file their respective designations of potential witnesses, testifying experts and proposed exhibits by 45 days to December 15, 2011 for Plaintiffs and January 16, 2012 for Defendants.

Respectfully submitted,

TAYLOR, DUNHAM, L.L.P.
301 Congress Ave., Suite 1050
Austin, Texas 78701
512.473.2257 Telephone
512.478.4409 Facsimile

Dated: October 26, 2011     By: /s/ David E. Dunham

David E. Dunham
State Bar No. 06227700
Steven D. Urban
State Bar No. 24028179

**ATTORNEYS FOR PLAINTIFFS**

GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, CA 94583
925.866.1000 (Tel)
925.830.8787 (Fax)

By: /s/ John P. Makin for Y. Chau

John P. Makin (*pro hac vice*)
California Bar No. 88853
Yen P. Chau (*pro hac vice*)
California Bar No. 221087

J. Hampton Skelton
Texas Bar No. 18457700
Brandon Gleason
Texas Bar No. 24038679
SKELTON & WOODY
P. O. Box 1609
Austin, Texas 78767
512.651.7000 (Tel)

512.651.7001 (Fax)

**COUNSEL FOR BEHAVIOR TECH COMPUTER (USA) CORP. AND BEHAVIOR TECH COMPUTER CORP.**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served upon Defendants by delivering a true and correct copy on this the 26th day of October, 2011 as follows:

**VIA FACSIMILE and ELECTRONIC MAIL**

| | |
|---|---|
| John P. Makin | J. Hampton Skelton |
| Email: jmakin@gpsllp.com | Email: hskelton@skeltonwoody.com |
| Yen P. Chau | Brandon Gleason |
| Email: ychau@gpsllp.com | Email: bgleason@skeltonwoody.com |
| GREENAN, PEFFER, SALLANDER & LALLY LLP | SKELTON & WOODY |
| 6111 Bollinger Canyon Road, Suite 500 | P. O. Box 1609 |
| San Ramon, CA 94583 | Austin, Texas 78767 |
| 925.830.8787 (Fax) | 512.651.7001 (Fax) |

Counsel for Behavior Tech Computer (USA) Corp.
and Behavior Tech Computer Corp.

_____
David E. Dunham